_ERROL UNDERWOOD # V·20128_
Name and Prisoner/Booking Number

_CSP·SOLANO C-16-160_
Place of Confinement

_P·O·BOX 4000_
Mailing Address

_VACAVILLE Ca. 95696_
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

**FILED**

**Apr 21, 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

_Errol Lovell Underwood_
(Full Name of Plaintiff)          Plaintiff,

v.

(1) _ROBERT MAYES_
(Full Name of Defendant)

(2) _CCHCS_

(3) _____

(4) _____
            Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:22-cv-694-DB (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: _SOLANO STATE PRISON - VACAVILLE CA._

## B. DEFENDANTS

1.  Name of first Defendant: _ROBERT MAYES_____ . The first Defendant is employed as:
    __DOCTOR P&S_____ at _SOLANO PRISON_____
    (Position and Title)              (Institution)

2.  Name of second Defendant: _CCHCS_____ . The second Defendant is employed as:
    __MEDICAL_____ at _SOLANO PRISON_____
    (Position and Title)              (Institution)

3.  Name of third Defendant: _____ . The third Defendant is employed as:
    _____ at _____
    (Position and Title)              (Institution)

4.  Name of fourth Defendant: _____ . The fourth Defendant is employed as:
    _____ at _____
    (Position and Title)              (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?          ☐ Yes      ☐ No

2.  If yes, how many lawsuits have you filed? _____ . Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
        _____

    b.  Second prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
        _____

    c.  Third prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
        _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

D. CAUSE OF ACTION

CLAIM I

1. State the constitutional or other federal civil right that was violated: *Eight Amendment Rights Violation , Medical Malpractice*

2. **Claim I.** Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☑ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   *8/23/21, I was seen by my new Doctor Dr. Robert Mayes due to severe sciatica issues. He stated he see I have the worst case of sciatica in the whole prison. Dr. Mayes stated he'll give me a shot so I'll be able to walk. He also asked me have I been vaccinated for Covid-19. I stated no! Dr. Mayes left the room an returned with another doctor. Dr. Mayes injected me in my deltoid muscle, I returned to the building in pain hurting for days vomiting an diarrhea. Two days later I looked at the (Patient Discharge instruction) for 8/23/21, this is when I realize I was given the Covid-19 vaccine (Moderna-02799) total dose 100 mcg without my consent. They didn't issue me a card like they gave everyone else who consent to taking it. Which states you took the 1st shot on a certain date and your next shot will be taken on the date listed on the card.*

   *(SEE: Exhibits-A - 13 Refusals)*
   *Also*
   *(Exhibit - B - Patient Discharge instructions)*

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   *I am a Christian its against my belife.*

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?   ☐ Yes  ☑ No
   c. Did you appeal your request for relief on Claim I to the highest level?   ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## E. REQUEST FOR RELIEF

State the relief you are seeking:

MONETARY DAMAGES FOR IRREPERABLE HARM UNDER AN EIGHT AMENDMENT RIGHTS VIOLATION, PLAINTIFF IS SEEKING $250.000. PLAINTIFF FURTHER DEMANDS A JURY TRIAL.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4 - 21 - 22
              DATE

                                    SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

* Auth (Verified) *

STATE OF CALIFORNIA
**REFUSAL OF EXAMINATION AND OR TREATMENT**
CDCR 7225 (Rev. 03.13)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
PAGE 1 OF 1

## REFUSAL OF EXAMINATION AND / OR TREATMENT

| PATIENT NAME (TYPE OR PRINT CLEARLY) | CDCR NUMBER | INSTITUTION |
|---|---|---|
| Underwood ERROL | V20128 | CSP Solano |

Having been fully informed of the risks and possible consequences involved in refusal of the examination and or treatment in the manner and time prescribed for me, I nevertheless refuse to accept such examination and/or treatment. I agree to hold the Department of Corrections and Rehabilitation, the staff of the medical department and the institution free of any responsibility for injury or complications that may result from my refusal of this examination and/or treatment, specifically:

Describe the examination and/or treatment refused as well as the risks and benefit of the intervention:

I/P was scheduled to take a COVID Swab Test today. I/P was informed of the risks and benefits of

test. I/P verbalized understanding of not taking the COVID Swab Test.

| PATIENT SIGNATURE | DATE 12/25/21 | ☐ PATIENT REFUSES TO SIGN | DATE |
|---|---|---|---|
| **WITNESS** | | | |
| NAME OF WITNESS (PRINT/TYPE) K. Upang | | NAME OF WITNESS (PRINT/TYPE) | |
| WITNESS SIGNATURE | DATE 2/25/21 | WITNESS SIGNATURE | DATE |

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | | |
|---|---|---|---|---|
| ☒ TABE score ≤ 4.0 | ☐ Additional time | ☒ Patient asked questions | CDCR #: | V20128   AS/RT |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ Patient summed information | | **UNDERWOOD, ERROL LOVELL** |
| ☐ DPS ☐ DNH | ☐ Louder ☒ Slower | Please check one: | | SOL C 016 1 000-000160 |
| ☒ DDP | ☐ Basic ☐ Transcribe | ☐ Not "reached" ☒ Reached | Last Name | 25FEB21 0000 |
| ☐ Not Applicable | ☐ Other* | *See chronotelos | | 090CT60 |
| 4. Comments: TABE: 040 | | | First Name | 21-056-07888A |
| | | | DOB: | COVID19-364   MI: |
| | | | | 1.00EA   VCM   Quest RmTm |

Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state law.

EXHIBITS - A-13 REFUSALS

* Auth (Verified) *

---

## REFUSAL OF EXAMINATION AND / OR TREATMENT

| PATIENT NAME (TYPE OR PRINT CLEARLY) | CDC NUMBER | INSTITUTION |
|---|---|---|
| ERROL UNDERWOOD | V20128 | CSP-SOL |

Having been fully informed of the risks and possible consequences involved in refusal of the examination and/or treatment in the manner and time prescribed for me, I nevertheless refuse to accept such examination and/or treatment. I agree to hold the.Department of Corrections, the staff of the medical department and the institution free of any responsibility for injury or complications that may result from my refusal of this examination and/or treatment, specifically:

Describe the examination and/or treatment refused as well as the risks and benefit of the intervention:

☑ IM advised of risks including but not limited to delay in diagnosis and/or treatment which may lead to severe illness, disability or death.

I/P refusing Covid 19 Vaccination. I/P has been informed that refusing the vaccination will put them at continuous risk for contracting Covid 19. I/P understands that in the absence of vaccination, he may acquire COVID-19 that may put persons around him at risk resulting in fatal consequences such as illness, disability, or death when exposed. Has been advised to continue to implement safe practices such as wearing an N-95 mask, washing hands and maintaining social distance. I/P verbalizes understanding and agreement.

_Do NOT WANT TO TAKE it_

### TABE:

| 1.. Disability Code | 2. Accomodation | 3. Effective Communications |
|---|---|---|
| ☑ TABE score <= 4.0 | ☑ Additional time | ☑ P/I Asked Questions |
| ☐ DPH  ☐ DPV  ☐ LD | ☐ Equipment  ☐ SLI | ☑ P/I Summed Information |
| ☐ DPS  ☐ DNH | ☐ Louder  ☐ Slower | Please check one: |
| ☐ DNS  ☐ DDP | ☑ Basic  ☐ Transcribe | ☐ Not reached *  ☑ Reached |
| ☐ Not Applicable | ☐ Other | *See chrono notes |

Comments:   04.0

Physical Disability:

| PATIENT SIGNATURE | DATE | ☐ PATIENT REFUSES TO SIGN | DATE |
|---|---|---|---|
| (signature) | 2-28-21 | | |

### WITNESS

| NAME OF WITNESS (PRINT/TYPE) | NAME OF WITNESS (PRINT/TYPE) |
|---|---|
| J. Villpa  RN | |
| WITNESS SIGNATURE  DATE 2-28-21 | WITNESS SIGNATURE  DATE |

| | CDC NUMBER, NAME (LAST, FIRST; MI), DOB |
|---|---|
| **REFUSAL OF EXAMINATION AND/OR TREATMENT** | Errol Underwood<br>#V20128<br>10-8-60 |

CDC 7225 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

RECEIVED
MAR 04 2021
MEDICAL RECORDS

**\* Auth (Verified) \***

STATE OF CALIFORNIA
**REFUSAL OF EXAMINATION AND OR TREATMENT**
CDCR 7225 (Rev. 03-19

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE 1 OF 1

| REFUSAL OF EXAMINATION AND / OR TREATMENT | | |
|---|---|---|
| PATIENT NAME (TYPE OR PRINT CLEARLY) Underwood, ErroL | CDCR NUMBER V20128 | INSTITUTION CSP Solano |

Having been fully informed of the risks and possible consequences involved in refusal of the examination and/or treatment in the manner and time prescribed for me, I nevertheless refuse to accept such examination and/or treatment. I agree to hold the Department of Corrections and Rehabilitation, the staff of the medical department and the institution free of any responsibility for injury or complications that may result from my refusal of this examination and/or treatment, specifically:

Describe the examination and/or treatment refused as well as the risks and benefit of the intervention:

I/P was scheduled to take a COVID Swab Test today. I/P was informed of the risks and benefits of

test. I/P verbalized understanding of not taking the COVID Swab Test.

"I've already been through it"

| PATIENT SIGNATURE Errol Underwood | DATE 3/16/21 | ☐ PATIENT REFUSES TO SIGN | | DATE |
|---|---|---|---|---|
| **WITNESS** | | | | |
| NAME OF WITNESS (PRINT TYPE) T. Garza LVN | | NAME OF WITNESS (PRINT TYPE) | | |
| WITNESS SIGNATURE | DATE 3/16/21 | WITNESS SIGNATURE | | DATE |

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | | |
|---|---|---|---|---|
| ☑ TABE score ≤ 4.0 | ☐ Additional time | ☑ Patient asked questions | | |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment / SLI | ☑ Patient summed information | | |
| ☐ DPS ☐ DNH | ☐ Louder / Slower | Please check one: | | |
| ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached ☑ Reached | | |
| ☑ Not Applicable | ☐ Other* | *See chrono-notes | | |
| 4. Comments: 4.0 | | | | |

V20128                                                     AS/RT
CDCR **UNDERWOOD, ERROL LOVELL**
Last N    SOL C 015 1 000-000160
First N                                                    16MAR21 0000
DOB:      21-075-08977A                                    08OCT60       MI:
          COVID19-394
          1.00EA    VCM    Quest RmTm

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state law*

Facility Display SOL

Patient Name UNDERWOOD, ERROL V20128    Case 2:22-cv-00694-DAD-SCR    Document 1    Filed 04/20/22    Page 8 of 25    Patient MRN V20128
Birth Date 10/8/1960                                                                                                                    Financial Number 1000000131146050V20128

* Auth (Verified) *

## REFUSAL OF EXAMINATION AND / OR TREATMENT

| PATIENT NAME (TYPE OR PRINT CLEARLY) | CDC NUMBER | INSTITUTION |
|---|---|---|
| Underwood, Errol, Lovell | V20128 | CSP-SOL |

Having been fully informed of the risks and possible consequences involved in refusal of the examination and/or treatment in the manner and time prescribed for me, I nevertheless refuse to accept such examination and/or treatment. I agree to hold the Department of Corrections, the staff of the medical department and the institution free of any responsiblity for injury or complications that may result from my refusal of this examination and/or treatment, specifically:

Describe the examination and/or treatment refused as well as the risks and benefit of the intervention:

☒ IM advised of risks including but not limited to delay in diagnosis and/or treatment which may lead to severe illness, disability or death.

I/P refusing Covid 19 Vaccination. I/P has been informed that refusing the vaccination will put them at continuous risk for contracting Covid 19. I/P understands that in the absence of vaccination, he may acquire COVID-19 that may put persons around him at risk resulting in fatal consequences such as illness, disability, or death when exposed. Has been advised to continue to implement safe practices such as wearing an N-95 mask, washing hands and maintaining social distance. I/P verbalizes understanding and agreement.

" I Don't Want it "

TABE: 4.0

| 1. Disability Code | 2. Accomodation | 3. Effective Communications |
|---|---|---|
| ☒ TABE score <= 4.0 | ☒ Additional time | ☒ P/I Asked Questions |
| ☐ DPH  ☐ DPV  ☐ LD | ☐ Equipment  ☐ SLI | ☒ P/I Summed Information |
| ☐ DPS  ☐ DNH | ☒ Louder  ☐ Slower | Please check one: |
| ☐ DNS  ☐ DDP | ☒ Basic  ☐ Transcribe | ☐ Not reached *  ☒ Reached |
| ☐ Not Applicable | ☐ Other | *See chrono notes |

Comments:

Physical Disability:

| PATIENT SIGNATURE | DATE | ☒ PATIENT REFUSES TO SIGN | DATE 3/21/21 |
|---|---|---|---|

### WITNESS

| NAME OF WITNESS (PRINT/TYPE) | | NAME OF WITNESS (PRINT/TYPE) | |
|---|---|---|---|
| M. Kanuki - LVN | | Pamela Beard LVN | |
| WITNESS SIGNATURE | 03/21/21 | WITNESS SIGNATURE | 3/21/21 |

REFUSAL OF EXAMINATION AND/OR TREATMENT

CDC NUMBER, NAME (LAST, FIRST, MI), DOB
V20128
Underwood, Errol
10/08/60

CDC 7225 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

## REFUSAL OF EXAMINATION AND / OR TREATMENT

| PATIENT NAME (TYPE OR PRINT CLEARLY) | CDC NUMBER | INSTITUTION |
|---|---|---|
| ERROL  UNDERWOOD | V 20128 | CSP-SOL |

Having been fully informed of the risks and possible consequences involved in refusal of the examination and/or treatment in the manner and time prescribed for me, I nevertheless refuse to accept such examination and/or treatment. I agree to hold the Department of Corrections, the staff of the medical department and the institution free of any responsiblity for injury or complications that may result from my refusal of this examination and/or treatment, specifically:

Describe the examination and/or treatment refused as well as the risks and benefit of the intervention:

☑ IM advised of risks including but not limited to delay in diagnosis and/or treatment which may lead to severe illness, disability or death.

I/P refusing Covid 19 Vaccination. I/P has been informed that refusing the vaccination will put them at continuous risk for contracting Covid 19. I/P understands that in the absence of vaccination, he may acquire COVID-19 that may put persons around him at risk resulting in fatal consequences such as illness, disability, or death when exposed. Has been advised to continue to implement safe practices such as wearing an N-95 mask, washing hands and maintaining social distance. I/P verbalizes understanding and agreement.

*JUST DONT WANT IT.*

### TABE:

1. Disability Code
   - ☑ TABE score <= 4.0
   - ☑ DPH   ☑ DPV   ☐ LD
   - ☑ DPS   ☑ DNH
   - ☐ DNS   ☐ DDP
   - ☐ Not Applicable

2. Accomodation
   - ☑ Additional time
   - ☐ Equipment   ☐ SLI
   - ☑ Louder   ☑ Slower
   - ☑ Basic   ☐ Transcribe
   - ☐ Other

3. Effective Communications
   - ☑ P/I Asked Questions
   - ☑ P/I Summed Information
   - Please check one:
     - ☐ Not reached *   ☑ Reached
   - *See chrono notes*

Comments: TABE : 4.0
Physical Disability:

| PATIENT SIGNATURE | DATE | ☐ PATIENT REFUSES TO SIGN | DATE |
|---|---|---|---|
| Errol Underwood | 4·6·21 | | |

### WITNESS

| NAME OF WITNESS (PRINT/TYPE) | NAME OF WITNESS (PRINT/TYPE) |
|---|---|
| RN NATI | |

| WITNESS SIGNATURE | DATE | WITNESS SIGNATURE | DATE |
|---|---|---|---|
| | 4/6/21 | | |

REFUSAL OF EXAMINATION AND/OR TREATMENT

| CDC NUMBER, NAME (LAST, FIRST, MI), DOB |
|---|
| V 20128 |
| UNDERWOOD, ERROL |
| 10/8/60 |

CDC 7225 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

## REFUSAL OF EXAMINATION AND / OR TREATMENT

| PATIENT NAME (TYPE OR PRINT CLEARLY) | CDC NUMBER | INSTITUTION |
|---|---|---|
| Underwood, Errol | V 20128 | CSP-SOL |

Having been fully informed of the risks and possible consequences involved in refusal of the examination and/or treatment in the manner and time prescribed for me, I nevertheless refuse to accept such examination and/or treatment. I agree to hold the Department of Corrections, the staff of the medical department and the institution free of any responsiblity for injury or complications that may result from my refusal of this examination and/or treatment, specifically:

Describe the examination and/or treatment refused as well as the risks and benefit of the intervention:

Refused mass covid testing as offered today

"I Refuse"

☐ Patient is refusing visit to RN line as scheduled today.

☐ Benefit of RN line visit: Access to care. Evaluation of medical problem/symptoms/issues and proper medical care based on need and policy.

☐ Consequences of refusing RN line visit: Possible continuation and/or worsening of your conditions. Delay in care. Complications up to and including permanent disabilities and/or death.

| 1. Disability Code | 2. Accomodation | 3. Effective Communications |
|---|---|---|
| ☐ TABE score <= 4.0 | ☑ Additional time | ☑ P/I Asked Questions |
| ☐ DPH  ☐ DPV  ☐ LD | ☐ Equipment  ☐ SLI | ☑ P/I Summed Information |
| ☐ DPS  ☐ DNH | ☐ Louder  ☐ Slower | Please check one: |
| ☐ DNS  ☐ DDP | ☑ Basic  ☐ Transcribe | ☐ Not reached • | ☑ Reached |
| ☐ Not Applicable DLT | ☐ Other | *See chrono notes |

Disabilities: None                          Tabe Score: 4.0

| PATIENT SIGNATURE | DATE | ☐ PATIENT REFUSES TO SIGN | DATE |
|---|---|---|---|
| X Errol Underwood | 4/13/21 | | |

### WITNESS

| NAME OF WITNESS (PRINT/TYPE) | | NAME OF WITNESS (PRINT/TYPE) | |
|---|---|---|---|
| R. Collingwood, CMA | | | |
| WITNESS SIGNATURE | DATE | WITNESS SIGNATURE | DATE |
| RC | 4/13/21 | | |

CDC NUMBER, NAME (LAST, FIRST, MI), DOB.

V20128                                        AS/RT
**UNDERWOOD, ERROL LOVELL**
SOL C 016 1 000-000160
21-103-10388A                              13APR21 0000
                                           08OCT60
COVID19-304

1.00EA    VCM    Quest RmTm

REFUSAL OF EXAMINATION AND/OR TREATMENT

CDC 7225 (Rev 04/03)
STATE OF CALIFORNIA                DEPARTMENT OF CORRECTIONS

* Auth (Verified) *

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**REFUSAL OF EXAMINATION AND/OR TREATMENT**
CDCR 7225 (Rev. 03/19)                                                                                    PAGE 1 OF 1

| REFUSAL OF EXAMINATION AND / OR TREATMENT | | |
|---|---|---|
| PATIENT NAME<br>UNDERWOOD, ERROL LOVELL | CDCR NUMBER<br>V20128 | INSTITUTION<br>CSP SOLANO |

Having been fully informed of the risks and possible consequences involved in refusal of the examination and/or treatment in the manner and time prescribed for me, I nevertheless refuse to accept such examination and/or treatment. I agree to hold the Department of Corrections and Rehabilitation, the staff of the medical department and the institution free of any responsibility for injury or complications that may result from my refusal of this examination and/or treatment, specifically:

Describe the examination and/or treatment refused as well as the risks and benefit of the intervention:

I/P was scheduled to take a COVID swab test, I/P was informed of the risk and benefits of test. I/P verbalized

understanding of not taking the COVID swab test. Missed opportunity to prevent new or worsening of condition

from developing and could delay medical care.

*I'm good*

| PATIENT SIGNATURE | DATE | X  PATIENT REFUSES TO SIGN | DATE<br>04/27/2021 |
|---|---|---|---|
| **WITNESS** | | | |
| NAME OF WITNESS (PRINT/TYPE)<br>A. Brown, LVN | | NAME OF WITNESS (PRINT/TYPE)<br>N. Troupe | |
| WITNESS SIGNATURE | DATE<br>04/27/2021 | WITNESS SIGNATURE<br>RN Troupe | DATE<br>04/27/2021 |

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | V20128 |
|---|---|---|---|
| ☑ TABE score ≤ 4.0 | ☑ Additional time | ☑ Patient asked questions | UNDERWOOD, ERROL LOVELL  AG/RT |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ Patient summed information | SOL C 018 1 000-009150 |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: | 27APR21 0000 |
| ☐ DDP | ☑ Basic ☐ Transcribe | ☐ Not reached* ☑ Reached | 080CT60 |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes | 21-117-08399A |
| 4. Comments: Tabe: 04.0 | | | COVID19-304 |
| | | | 1.00EA   VCM   Quest RmTm |

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state law.*

Facility Display SOL

* Auth (Verified) *

STATE OF CALIFORNIA                                            DEPARTMENT OF CORRECTIONS AND REHABILITATION
**REFUSAL OF EXAMINATION AND/OR TREATMENT**
CDCR 7225 (Rev. 03/19)                                                                             PAGE 1 OF 1

## REFUSAL OF EXAMINATION AND / OR TREATMENT

| PATIENT NAME | CDCR NUMBER | INSTITUTION |
|---|---|---|
| UNDERWOOD, ERROL LOVELL | V20128 | CSP SOLANO |

Having been fully informed of the risks and possible consequences involved in refusal of the examination and/or treatment in the manner and time prescribed for me, I nevertheless refuse to accept such examination and/or treatment. I agree to hold the Department of Corrections and Rehabilitation, the staff of the medical department and the institution free of any responsibility for injury or complications that may result from my refusal of this examination and/or treatment, specifically:

Describe the examination and/or treatment refused as well as the risks and benefit of the intervention:

I/P was scheduled to take a COVID swab test, I/P was informed of the risk and benefits of test. I/P verbalized

understanding of not taking the COVID swab test. Missed opportunity to prevent new or worsening of condition

from developing and could delay medical care.

"No, I don't want it"

| PATIENT SIGNATURE | DATE | X   PATIENT REFUSES TO SIGN | DATE 05/11/2021 |
|---|---|---|---|
| **WITNESS** | | | |
| NAME OF WITNESS (PRINT/TYPE) A.  Brown, LVN | | NAME OF WITNESS (PRINT/TYPE) N. Troupe, RN | |
| WITNESS SIGNATURE | DATE 05/11/2021 | WITNESS SIGNATURE  RN Troupe | DATE 05/11/2021 |

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☑ Patient asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☑ Patient summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☑ Slower | **Please check one:** |
| ☐ DDP | ☑ Basic ☐ Transcribe | ☐ Not reached ☑ Reached |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes |

4. Comments: Tabe: 4.0

V20128                         AS/RT
UNDERWOOD, ERROL LOVELL        R
SOL C 016 1 006 - 000166       11MAY21 0000
                               09OCT60
21 - 131 - 06305A
COVID19 - 394
1.00EA   VCM   Quest RmTm

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable state and federal law.*

* Auth (Verified) *

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
REFUSAL OF EXAMINATION AND/OR TREATMENT
CDCR 7225 (Rev. 03/19)                                                                                      PAGE 1 OF 1

## REFUSAL OF EXAMINATION AND / OR TREATMENT

| PATIENT NAME (TYPE OR PRINT CLEARLY) | CDCR NUMBER | INSTITUTION |
|---|---|---|
| Underwood, Errol | V20128 | CSP Solano |

Having been fully informed of the risks and possible consequences involved in refusal of the examination and/or treatment in the manner and time prescribed for me, I nevertheless refuse to accept such examination and/or treatment. I agree to hold the Department of Corrections and Rehabilitation, the staff of the medical department and the institution free of any responsibility for injury or complications that may result from my refusal of this examination and/or treatment, specifically:

Describe the examination and/or treatment refused as well as the risks and benefit of the intervention:

I/P was scheduled to take a COVID Swab Test today. I/P was informed of the risks and benefits of

test. I/P verbalized understanding of not taking the COVID Swab Test.

I/P stated " I JUST DON'T WANT TO GET TESTED"

Patient education provided.

**RECEIVED**
JUN 04 2021
**MEDICAL RECORDS**

| PATIENT SIGNATURE | DATE 5-28-21 | PATIENT REFUSES TO SIGN | DATE |
|---|---|---|---|
| X Errol Underwood | | | |

### WITNESS

| NAME OF WITNESS (PRINT TYPE) A. Navarro | NAME OF WITNESS (PRINT TYPE) |
|---|---|
| WITNESS SIGNATURE | DATE 5/28/21 | WITNESS SIGNATURE | DATE |

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☑ TABE score ≤ 4.0 | ☐ Additional time | ☑ Patient asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ Patient summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: |
| ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached ☑ Reached |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes |

4. Comments: TABE 4.0

CDCR #:    V20128                    AS/RT
Last Name:  **UNDERWOOD, ERROL LOVELL**
           SOL C 016 1 00S—00016B          28MAY21 0833
First Name:                                08OCT60
DOB.            21 - 148 - 06598A
            COVID19—294
            1.00EA    VCM    Quest RmTm

Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state law.

Facility Display SOL

* Auth (Verified) *

## REFUSAL OF EXAMINATION AND / OR TREATMENT

| PATIENT NAME (TYPE OR PRINT CLEARLY) | CDC NUMBER | INSTITUTION |
|---|---|---|
| *Underwood* | V 20128 | CSP-SOL |

Having been fully informed of the risks and possible consequences involved in refusal of the examination and/or treatment in the manner and time prescribed for me, I nevertheless refuse to accept such examination and/or treatment. I agree to hold the Department of Corrections, the staff of the medical department and the institution free of any responsiblity for injury or complications that may result from my refusal of this examination and/or treatment, specifically:

Describe the examination and/or treatment refused as well as the risks and benefit of the intervention:

☑ IM advised of risks including but not limited to delay in diagnosis and/or treatment which may lead to severe illness, disability or death.

I/P refusing Covid 19 Vaccination. I/P has been informed that refusing the vaccination will put them at continuous risk for contracting Covid 19. I/P understands that in the absence of vaccination, he may acquire COVID-19 that may put persons around him at risk resulting in fatal consequences such as illness, disability, or death when exposed. Has been advised to continue to implement safe practices such as wearing an N-95 mask, washing hands and maintaining social distance. I/P verbalizes understanding and agreement.

*STILL DESIDING*

**TABE:**

**1. Disability Code**
- ☑ TABE score <= 4.0
- ☐ DPH  ☐ DPV  ☐ LD
- ☐ DPS  ☐ DNH
- ☐ DNS  ☐ DDP
- ☐ Not Applicable

**2. Accomodation**
- ☐ Additional time
- ☐ Equipment  ☐ SLI
- ☐ Louder  ☐ Slower
- ☑ Basic  ☐ Transcribe
- ☐ Other

**3. Effective Communications**
- ☑ P/I Asked Questions
- ☑ P/I Summed Information

Please check one:
- ☐ Not reached *  ☑ Reached

*See chrono notes

Comments:
Physical Disability:

| PATIENT SIGNATURE | DATE 6.7.21 | ☐ PATIENT REFUSES TO SIGN | DATE |
|---|---|---|---|

### WITNESS

| NAME OF WITNESS (PRINT/TYPE) *Schalyn Bosa RN* | NAME OF WITNESS (PRINT/TYPE) |
|---|---|
| WITNESS SIGNATURE    DATE 6/7/21 | WITNESS SIGNATURE    DATE |

REFUSAL OF EXAMINATION AND/OR TREATMENT

**RECEIVED**

**JUN 1 6 2021**

**MEDICAL RECORDS**

CDC 7225 (Rev 04/03)

STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

| CDC NUMBER, NAME (LAST, FIRST, MI), DOB |
|---|
| V20128 |
| Underwood, Errol |
| 10/8/60 |

* Auth (Verified) *

## REFUSAL OF EXAMINATION AND / OR TREATMENT

| PATIENT NAME (TYPE OR PRINT CLEARLY) | CDC NUMBER | INSTITUTION |
|---|---|---|
| Underwood Errol Lovell | V20128 | CSP-SOL |

Having been fully informed of the risks and possible consequences involved in refusal of the examination and/or treatment in the manner and time prescribed for me, I nevertheless refuse to accept such examination and/or treatment. I agree to hold the Department of Corrections, the staff of the medical department and the institution free of any responsiblity for injury or complications that may result from my refusal of this examination and/or treatment, specifically:

Describe the examination and/or treatment refused as well as the risks and benefit of the intervention:

☑ IM advised of risks including but not limited to delay in diagnosis and/or treatment which may lead to severe illness, disabilty or death.

I/P was scheduled to take a Covid-19 swab test today. I/P was informed of the risks and benefits of the covid-19 test. I/P verbalized understanding of not taking the Covid-19 swab test.

JUST TEST THE OTHER DAY.

**TABE:** 4.0

**1. Disability Code**
- ☑ TABE score <= 4.0
- ☐ DPH  ☐ DPV  ☐ LD
- ☐ DPS  ☐ DNH
- ☐ DNS  ☐ DDP
- ☐ Not Applicable

**2. Accomodation**
- ☑ Additional time
- ☐ Equipment  ☐ SLI
- ☑ Louder  ☑ Slower
- ☑ Basic  ☐ Transcribe
- ☐ Other

**3. Effective Communications**
- ☑ P/I Asked Questions
- ☑ P/I Summed Information

Please check one:
- ☐ Not reached *  ☑ Reached
- *See chrono notes

Comments:

Physical Disability:

| PATIENT SIGNATURE | DATE | ☐ PATIENT REFUSES TO SIGN | DATE |
|---|---|---|---|
| X | 6/15/21 | | |

### WITNESS

| NAME OF WITNESS (PRINT/TYPE) | | NAME OF WITNESS (PRINT/TYPE) | |
|---|---|---|---|
| Gonzalez, E | | | |
| WITNESS SIGNATURE | DATE | WITNESS SIGNATURE | DATE |
| | 06/15/21 | | |

REFUSAL OF EXAMINATION AND/OR TREATMENT

CDC NUMBER, NAME (LAST, FIRST, MI), DOB
V20128
UNDERWOOD, ERROL LOVELL   A8/RT
SOL C 016 1 008-000160
15JUN21 0000
08OCT60
21-166-08849A
COVID19-304
1.00EA   VCM   Quest RmTm
RECEIVED
JUN 22 2021
MEDICAL RECORDS

CDC 7225 (Rev 04/03)

STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

Patient Name UNDERWOOD, ERROL L    Case 2:22-cv-00694-DAD-SCR    Document 1    Filed 04/20/22    Page 16 of 25    Patient MRN V20128
Birth Date 10/8/1960                                                                            Financial Number 1000000131114605V20128

* Auth (Verified) *

## REFUSAL OF EXAMINATION AND / OR TREATMENT

PATIENT NAME (TYPE OR PRINT CLEARLY) **Underwood Errol**    CDC NUMBER **V20128**    INSTITUTION **CSP-SOL**

Having been fully informed of the risks and possible consequences involved in refusal of the examination or treatment in the manner and time prescribed for me, I nevertheless refuse to accept such examination and/or treatment. I agree to hold the Department of Corrections, the staff of the medical department and the institution free of any responsiblity for injury or complications that may result from my refusal of this examination and/or treatment, specifically:

Describe the examination and/or treatment refused as well as the risks and benefit of the intervention:

[✓] IM advised of risks including but not limited to delay in diagnosis and/or treatment which may lead to severe illness, disability or death.

I/P refusing Covid 19 Vaccination. I/P has been informed that refusing the vaccination will put them at continuous risk for contracting Covid 19. I/P understands that in the absence of vaccination, he may acquire COVID-19 that may put persons around him at risk resulting in fatal consequences such as illness, disability, or death when exposed. Has been advised to continue to implement safe practices such as wearing an N-95 mask, washing hands and maintaining social distance. I/P verbalizes understanding and agreement.

**TABE:**

1. Disability Code
   - [ ] TABE score <= 4.0
   - [ ] DPH    [ ] DPV    [ ] LD
   - [ ] DPS    [ ] DNH
   - [ ] DNS    [ ] DDP
   - [ ] Not Applicable

2. Accomodation
   - [✓] Additional time
   - [ ] Equipment    [ ] SLI
   - [ ] Louder    [✓] Slower
   - [✓] Basic    [ ] Transcribe
   - [ ] Other

3. Effective Communications
   - [✓] P/I Asked Questions
   - [ ] P/I Summed Information
   Please check one:
   - [ ] Not reached *    [✓] Reached
   *See chrono notes

Comments:
Physical Disability: **04.0**

PATIENT SIGNATURE    DATE    [✓] PATIENT REFUSES TO SIGN    DATE **6-21-21**

### WITNESS

NAME OF WITNESS (PRINT/TYPE) **Bobbie Gilbert RN**    NAME OF WITNESS (PRINT/TYPE) **Kellie Lull**

WITNESS SIGNATURE    DATE **6-21-21**    DATE **6-21-21**

REFUSAL OF EXAMINATION AND / OR TREATMENT

CDC NUMBER, NAME (LAST, FIRST, MI), DOB
**Errol Underwood**
**V20128**
**1/8/60**

CDC 7225 (Rev 04/03)
STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS

* Auth (Verified) *

STATE OF CALIFORNIA                                         DEPARTMENT OF CORRECTIONS AND REHABILITATION
**REFUSAL OF EXAMINATION AND/OR TREATMENT**
CDCR 7225 - COVID-19 VACCINE (Rev. 07/21)                                                PAGE 1 OF 1

## REFUSAL OF EXAMINATION AND / OR TREATMENT

| PATIENT NAME (TYPE OR PRINT CLEARLY) | CDCR NUMBER | INSTITUTION |
|---|---|---|
| UNDERWOOD, ERROL LOVELL | V20128 | CSP SOLANO |

Having been fully informed of the risks and possible consequences involved in refusal of the examination and/or treatment in the manner and time prescribed for me, I nevertheless refuse to accept such examination and/or treatment. I agree to hold the Department of Corrections and Rehabilitation, the staff of the medical department and the institution free of any responsibility for injury or complications that may result from my refusal of this examination and/or treatment, specifically:

Describe the examination and/or treatment refused as well as the risks and benefit of the intervention:
   **Refusal of COVID – 19 Vaccine.**

**I have been educated on COVID-19. I understand the information below.**

   1. I am at high risk of getting COVID-19 because I live in a prison.

   2. The COVID-19 viruses are changing. A new COVID-19 virus is called the "Delta Variant." The Delta Variant spreads faster than older COVID-19 viruses. It may be more deadly than older COVID-19 viruses.

   3. People who had COVID-19 in the past may get sick from a newer COVID-19 virus.

   4. If I get COVID-19, I may become very sick or even die.

   5. If I get COVID-19, I can spread the virus to others.

   6. I may develop symptoms of COVID-19. If so, I must tell a nurse or doctor immediately.

**I have been educated on the COVID-19 vaccine. I understand the information below.**

   1. COVID-19 vaccines work very well. They can protect me from getting very sick.

   2. The COVID-19 vaccine is strongly recommended for people in prisons.

   3. If I change my mind, I can receive the COVID-19 vaccine at no charge.

| PATIENT SIGNATURE | DATE 08/22/21 | X PATIENT REFUSES TO SIGN | DATE 08/22/21 |
|---|---|---|---|

### WITNESS

| NAME OF WITNESS (PRINT/TYPE) Paudyal, RN | | NAME OF WITNESS (PRINT/TYPE) Balcarse, RN | |
|---|---|---|---|
| WITNESS SIGNATURE | DATE 08/22/21 | WITNESS SIGNATURE | DATE 08/22/21 |

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | |
|---|---|---|---|
| X TABE score ≤ 4.0 | X Additional time | X Patient asked questions | CDCR # V20128 |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ Patient summed information | NAME: |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: | UNDERWOOD, |
| | | | ERROL LOVELL |
| ☐ DDP | X Basic ☐ Transcribe | ☐ Not reached* X Reached | DOB: 10/8/1960 |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes | |
| 4. Comments:TABE: 4 | | | |

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state law.*

Facility Display SOL

Discharge Instructions
* Final Report *

UNDERWOOD, ERROL LOVELL - V20128

# * Final Report *

Discharge Instructions (Verified)

**California Correctional Health Care Services**

**Patient Discharge Instructions**

**Name:** UNDERWOOD, ERROL LOVELL    **Current Date:** 08/23/21 11:16:18

**DOB:** 10/08/60    **CDCR:** V20128

**Immunizations Provided:**

### Immunization(s) Given This Visit

| Name | Date |
|------|------|
| tetanus/diphth/pertuss (Tdap) adult/adol | 08/09/20 11:25:00 |

**Reason For Visit:** 1:CAD (coronary artery disease); 2:HTN - Hypertension; 3:Low serum vitamin D; 4:High priority for COVID-19 virus vaccination; 5:Back pain; 6:Health care maintenance

**Recommendations and arrangements for future care**

**Devices/Equipment:**

None**Canes Permanent** Standard, Do Not Dispense, Patient Already Has

| | |
|------|------|
| Result type: | Discharge Instructions |
| Result date: | August 23, 2021 11:16 PDT |
| Result status: | Auth (Verified) |
| Result title: | Discharge Instructions |
| Performed by: | Tamaalemalo, Mariyah MA on August 23, 2021 11:16 PDT |
| Verified by: | Tamaalemalo, Mariyah MA on August 23, 2021 11:16 PDT |

| | |
|------|------|
| Printed by: | Degracia, Stacy HRT l |
| Printed on: | 3/22/2022 7:42 PDT |

Page 1  of 18

EXHIBITS - B - 1-8

**SOL - California State Prison, Solano**

Patient:                    **UNDERWOOD, ERROL LOVELL**
DOB/Age/Birth Gender:    10/8/1960  /  61 years   /   Male        CDCR: V20128

| ***Assessment Forms*** |
|---|

Encina, Melvin RN - 8/13/2021 12:36 PDT

**Secondary Survey**
Stated Medical History :   Other: back pain

Encina, Melvin RN - 8/13/2021 12:36 PDT
(As Of: 8/13/2021 12:41:00 PDT)

**Allergies (Active)**
No Known Medication Allergies  Estimated Onset Date:   Unspecified ; Created By:   An Nguyen;
Reaction Status:   Active ; Category:   Drug ; Substance:   No
Known Medication Allergies ; Type:   Allergy ; Updated By:   An
Nguyen; Reviewed Date:   8/13/2021 12:40 PDT

**Medication List**

(As Of: 8/13/2021 12:41:00 PDT)

Normal Order
+1-mirtazapine 15 mg Tab      :   +1-mirtazapine 15 mg Tab ; Status:   Ordered ; Ordered As
Mnemonic:   mirtazapine ; Simple Display Line:   15 mg, Oral,
qPM ; Ordering Provider:   Luo, XingXing Psychiatrist; Catalog
Code:   mirtazapine ; Order Dt/Tm:   6/15/2021 09:02:06 PDT

COVID-19 Vaccine (Moderna)      :   COVID-19 Vaccine (Moderna) (0273-99) ; Status:   Ordered ;
(0273-99)                    Ordered As Mnemonic:   Moderna COVID-19 Vaccine ; Simple
Display Line:   100 mcg, IM, As Indicated ; Ordering Provider:
Mayes, Robert P&S; Catalog Code:   SARS-CoV-2 (COVID-19)
mRNA-1273 vaccine ; Order Dt/Tm:   8/5/2021 14:38:29 PDT ;
Comment:   ***Moderna Covid-19 Vaccine is not
interchangeable with other Covid-19 vaccines.*** To be injected
in the deltoid muscle. **Dose 1 of 2**

+1-cholecalciferol 2,000 unit      :   +1-cholecalciferol 2,000 unit Tab ; Status:   Ordered ; Ordered
Tab                         As Mnemonic:   Vitamin D3 ; Simple Display Line:   2,000 unit,
Oral, Daily-KOP ; Ordering Provider:   Mayes, Robert P&S;
Catalog Code:   cholecalciferol ; Order Dt/Tm:   6/22/2021
05:47:51 PDT

+1-aspirin EC 81 mg Tab-DR      :   +1-aspirin EC 81 mg Tab-DR ; Status:   Ordered ; Ordered As
Mnemonic:   aspirin ; Simple Display Line:   81 mg, Oral,
Daily-KOP ; Ordering Provider:   Mayes, Robert P&S; Catalog
Code:   aspirin ; Order Dt/Tm:   6/15/2021 05:03:01 PDT

+1-atorvastatin 40 mg Tab      :   +1-atorvastatin 40 mg Tab ; Status:   Ordered ; Ordered As
Mnemonic:   atorvastatin ; Simple Display Line:   40 mg, Oral,
qPM-KOP ; Ordering Provider:   Mayes, Robert P&S; Catalog
Code:   atorvastatin ; Order Dt/Tm:   6/15/2021 05:02:22 PDT

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   53670054                    Print Date/Time:   4/1/2022 12:51 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

SOL - California State Prison, Solano

Patient: **UNDERWOOD, ERROL LOVELL**
DOB/Age/Birth Gender:    10/8/1960  /  61 years  /  Male        CDCR: V20128

| *Discharge Documentation* |
| --- |

**Mobility Impaired Disability Vest Permanent** Do Not Dispense, Patient Already Has

Provider Comment:

## MEDICATIONS:
During the course of your visit your medication list was updated with the most current information.

### Start Taking These Medications:
**COVID-19 Vaccine (Moderna) (02799) (Moderna COVID-19 Vaccine)**
- *For High priority for COVID-19 virus vaccination:* Take 0.5 mL (Total Dose = 100 mcg), into muscle as indicated from a nurse
- Start Date: August 05, 2021
- Take for: 1 dose(s)

*Comments: ***Moderna Covid-19 Vaccine is not interchangeable with other Covid-19 vaccines.*** To be injected in the deltoid muscle.*

**acetaminophen-codeine 300-30 mg Tab (03701) (Tylenol with Codeine #3)**
- *For Back pain:* Take 2 tab, by mouth twice a day in the morning and in the evening from a nurse as needed for back pain
- Start Date: August 13, 2021
- Take for: 2 day(s)

*Comments: ***Crush and Float****

**acetaminophen 325 mg Tab (Tylenol)**
- *For Back pain:* Take 2 tab (Total Dose = 650 mg), by mouth twice a day on your own as needed for back pain
- Start Date: August 13, 2021
- Take for: 90 day(s)

*Comments: Do not drink alcoholic beverages when taking this medication. Contains Acetaminophen. Don't use with other drugs that contain Acetaminophen (prescription or nonprescription)unless doctor approves. Too much can cause liver damage. Do not take other ACETAMINOPHEN containing products at the same time without first checking with your doctor. Check all medicine labels carefully.*

### Continue taking these Medications:
**aspirin**
- *For Unstable angina:* Take 1 tab (Total Dose = 81 mg), by mouth once a day on your own
- Start Date: June 22, 2021

Legend: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   53670054                          Print Date/Time:   4/1/2022 12:51 PDT

**WARNING:** This report contains confidential, proprietary, and/or legally privileged
information intended for the recipient only.

Discharge Instructions                                       UNDERWOOD, ERROL LOVELL - V20128
\* Final Report \*

**Mobility Impaired Disability Vest Permanent** Do Not Dispense, Patient Already Has

Provider Comment:

## MEDICATIONS:
During the course of your visit your medication list was updated with the most current information.

## Continue taking these Medications:
**acetaminophen 325 mg Tab (Tylenol)**
- *For Back pain:* Take 2 tab (Total Dose = 650 mg), by mouth twice a day on your own as needed for back pain
- Start Date: August 13, 2021
- Take for: 90 day(s)

*Comments: Do not drink alcoholic beverages when taking this medication. Contains Acetaminophen. Don't use with other drugs that contain Acetaminophen (prescription or nonprescription)unless doctor approves. Too much can cause liver damage. Do not take other ACETAMINOPHEN containing products at the same time without first checking with your doctor. Check all medicine labels carefully.*

**aspirin**
- *For Unstable angina:* Take 1 tab (Total Dose = 81 mg), by mouth once a day on your own
- Start Date: June 22, 2021
- Take for: 360 day(s)

*Comments: Swallow whole. Do not chew or crush. May take with food to lessen chance of stomach upset. Medication should be taken with plenty of water.Do not lie down for at least 10 minutes after taking this medication. Limit alcohol use while taking this drug. Daily use of alcohol may increase the risk of stomach bleeding. Patients regularly taking NSAIDs (e.g. ibuprofen) and this drug may be at a greater risk for stomach bleeding and should consult their physician. Warning: Do not use if you are pregnant, suspect that you are pregnant, or while breastfeeding Consult your doctor or pharmacist.*

**atorvastatin**
- *For Unstable angina:* Take 1 tab (Total Dose = 40 mg), by mouth every evening on your own
- Start Date: June 22, 2021
- Take for: 360 day(s)

*Comments: Avoid grapefruit and grapefruit juice while taking this medication. Take with food or milk. Obtain medical advice before taking any non-prescription drugs as some may affect the action of this medication. It is very important that you take or use this exactly as directed. Do not skip doses or discontinue unless directed by your doctor. Do not take this drug if you are pregnant.*

| | |
|---|---|
| Result type: | Discharge Instructions |
| Result date: | August 23, 2021 11:16 PDT |
| Result status: | Auth (Verified) |
| Result title: | Discharge Instructions |
| Performed by: | Tamaalemalo, Mariyah MA on August 23, 2021 11:16 PDT |
| Verified by: | Tamaalemalo, Mariyah MA on August 23, 2021 11:16 PDT |

Discharge Instructions                                    UNDERWOOD, ERROL LOVELL - V20128
* Final Report *

**cholecalciferol 2,000 unit Tab (Vitamin D3)**
- *For Low serum vitamin D:* Take 1 tab (Total Dose = 2,000 unit), by mouth once a day on your own
- Start Date: June 29, 2021
- Take for: 360 day(s)

*Comments: Take 1 tablet by mouth daily for 360 days*

**metoprolol tartrate 25 mg Tab (metoprolol tartrate)**
- *For Unstable angina:* Take 0.5 tab (Total Dose = 12.5 mg), by mouth twice a day on your own
- Start Date: June 22, 2021
- Take for: 360 day(s)

*Comments: best taken with meal*

**mirtazapine**
- *For Depression:* Take 1 tab (Total Dose = 15 mg), by mouth every evening from a nurse
- Start Date: March 02, 2021
- Take for: 180 day(s)

*Comments: Obtain medical advice before taking any non-prescription drugs as some may affect the action of this medication. It is very important that you take or use this exactly as directed. Do not skip doses or discontinue unless directed by your doctor. May cause drowsiness. Alcohol may intensify this effect. Use care when operating dangerous machinery.*

**mirtazapine**
- *For Depression:* Take 1 tab (Total Dose = 15 mg), by mouth every evening from a nurse
- Start Date: August 29, 2021
- Take for: 180 day(s)

*Comments: Obtain medical advice before taking any non-prescription drugs as some may affect the action of this medication. It is very important that you take or use this exactly as directed. Do not skip doses or discontinue unless directed by your doctor. May cause drowsiness. Alcohol may intensify this effect. Use care when operating dangerous machinery.*

**terazosin**
- *For BPH NOS w ur obs/LUTS:* Take 1 cap (Total Dose = 10 mg), by mouth once a day on your own
- Start Date: June 16, 2021
- Take for: 360 day(s)

*Comments: May cause drowsiness. Alcohol may intensify this effect. Use care when operating dangerous machinery. It is very important that you take or use this exactly as directed. Do not skip doses or discontinue unless directed by your doctor. Some non-prescription drugs may aggravate your condition. Read all labels carefully. If a warning appears, check with your doctor before taking. *capsule, green, TL 383, **

## Completed Medications:

**COVID-19 Vaccine (Moderna) (02799) (Moderna COVID-19 Vaccine)**
- *For High priority for COVID-19 virus vaccination:* Take 0.5 mL (Total Dose = 100 mcg), into muscle as indicated from a nurse

| | |
|---|---|
| Result type: | Discharge Instructions |
| Result date: | August 23, 2021 11:16 PDT |
| Result status: | Auth (Verified) |
| Result title: | Discharge Instructions |
| Performed by: | Tamaalemalo, Mariyah MA on August 23, 2021 11:16 PDT |
| Verified by: | Tamaalemalo, Mariyah MA on August 23, 2021 11:16 PDT |

Discharge Instructions                          UNDERWOOD, ERROL LOVELL - V20128
\* Final Report \*

**7410 (SOMS)** 10/03/16 11:35:11 PDT, T, 7410 Expire Date 7/3/2017, GFLS, LBO

**7410 (SOMS)** 12/30/20 9:11:41 PST, T, 7410 Expire Date 6/28/2021, GFLS, LBO, LR

**7410 (SOMS)** 04/18/19 10:21:49 PDT, T, 7410 Expire Date 4/26/2019, LBO, IAA, WCLT, TVWL, SC, LR

**7410 (SOMS)** 04/24/19 12:48:15 PDT, T, 7410 Expire Date 5/10/2019, LBO, IAA, WCLT, TVWL, SC, LR

**7410 (SOMS)**
11/17/20 14:44:24 PST, T, 7410 Expire Date 12/30/2020, GFLS, LBO, SC, LR, severe degenerative joint disease, symptomatic

**DPC** 09/29/20 12:30:40 PDT, DPC 4

**DPW**= Full Time Wheelchair User Impacting Placement Placement

**DPO**= Intermittent Wheelchair User Impacting

**DPM**=Mobility Impairment Impacting Placement

**DLT**=Requires Level Terrain NOT Impacting Placement

**DPH**=Deaf/Hearing Impairment Impacting Placement

**DNH**=Hearing Impairment NOT Impacting Placement

**DPV**=Blind/Vision Impairment Impacting Placement

**BFWCO**=Barrier Free Wheelchair

**GFLS**= Ground Floor-Limited Stairs

**GFNS**=Ground Floor-No Stairs

**LBO**= Lower/Bottom Bunk Only

**IAA**=Inmate Attendant/Assistant

**WCFT**=Full Time Wheelchair User

**WCLT**=Limited Wheelchair User

**TVWL**=Transport Vehicle with Lift

**SC**=Special Cuffing Needed,

**ETM**=Extra Time for Meals

**UVX**=UV Exposure Restrictions

**WRN**=No Rooftop Work

**DKD**=Kidney Disease

Result type:          Discharge Instructions
Result date:          August 23, 2021 11:16 PDT
Result status:        Auth (Verified)
Result title:         Discharge Instructions
Performed by:         Tamaalemalo, Mariyah MA on August 23, 2021 11:16 PDT
Verified by:          Tamaalemalo, Mariyah MA on August 23, 2021 11:16 PDT

Discharge Instructions

UNDERWOOD, ERROL LOVELL - V20128

* Final Report *

Yes - Inmate/Patient communicates understanding of instructions given

_____ **Current Date:** 08/23/21 11:16:18        _____ **Current Date:**

08/23/21 11:16:18

Patient Signature                                                                          Provider Signature

_____ **Current Date:** 08/23/21 11:16:18        _____ **Current Date:**

08/23/21 11:16:18

Witness #1 Signature                                                                  Witness #2 Signature

**Completed Action List:**
```
* Perform by Tamaalemalo, Mariyah MA on August 23, 2021 11:16 PDT
* Sign by Tamaalemalo, Mariyah MA on August 23, 2021 11:16 PDT
* VERIFY by Tamaalemalo, Mariyah MA on August 23, 2021 11:16 PDT
```

Result type:          Discharge Instructions
Result date:          August 23, 2021 11:16 PDT
Result status:        Auth (Verified)
Result title:         Discharge Instructions
Performed by:         Tamaalemalo, Mariyah MA on August 23, 2021 11:16 PDT
Verified by:          Tamaalemalo, Mariyah MA on August 23, 2021 11:16 PDT

Discharge Instructions                                    UNDERWOOD, ERROL LOVELL - V20128
* Final Report *

- Start Date: August 05, 2021
- Take for: 1 dose(s)

**Comments:** ***Moderna Covid-19 Vaccine is not interchangeable with other Covid-19 vaccines.*** *To be injected in the deltoid muscle.*

UNDERWOOD, ERROL LOVELL has been given the following list of follow-up instructions, prescriptions, and patient education materials:

**Follow-up Appointments**

**HCV** 10/01/21 8:30:00 PDT, 730 days, 02/13/22 0:00:00 PST, Initial Whole Person Care Visit

**Medical Chronic Care (CCP) Follow Up 40**
04/01/21 0:01:00 PDT, Other Reasons (No SUDT/MAT), *180 days (all other chronic conditions), 09/28/21 23:59:00 PDT, CAD
HTN
BPH
DJD lumbar spine

**Chronos**

**1845/7410 (SOMS)** 05/05/17 14:51:21 PDT, DPM, P, 7410 Expire Date 12/31/9999, GFNS, LBO

**1845/7410 (SOMS)** 05/09/17 14:03:59 PDT, DLT, P, 7410 Expire Date 12/31/9999, GFLS, LBO

**1845/7410 (SOMS)** 07/29/21 10:25:02 PDT, DLT, P, 7410 Expire Date 12/31/9999, GFLS, LBO, LR

**1845/7410 (SOMS)**
11/18/19 12:45:42 PST, DLT, P, 7410 Expire Date 12/31/9999, GFLS, LBO, SC, LR, medical necessity

Result type:          Discharge Instructions
Result date:          August 23, 2021 11:16 PDT
Result status:        Auth (Verified)
Result title:         Discharge Instructions
Performed by:         Tamaalemalo, Mariyah MA on August 23, 2021 11:16 PDT
Verified by:          Tamaalemalo, Mariyah MA on August 23, 2021 11:16 PDT