IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ERROL LOVELL UNDERWOOD, | 2:22-cv-0694 DB P |
| Plaintiff, | ORDER |
| v. | |
| ROBERT MAYES, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. On August 2, 2022, this court stayed these proceedings for 120 days to permit the parties to engage in the court's Alternative Dispute Resolution ("ADR") program. Defendant was provided 60 days to seek to opt out of the program.

Defendant seeks an extension of time to file any motion to opt out. Good cause appearing, defendant's motion will be granted.

////

////

////

////

Accordingly, IT IS HEREBY ORDERED that defendant's motion for an extension of time (ECF No. 17) is granted. By November 14, 2022, defendant shall file any motion to opt out of the ADR program.

Dated: September 29, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/unde0694.ADR opt out eot