UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERROL LOVELL UNDERWOOD, | No. 2:22-cv-0694 DB P |
| Plaintiff, | |
| v. | ORDER |
| ROBERT MAYES, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights complaint under 42 U.S.C. §1983.  Plaintiff alleges that defendant Mayes, a physician, gave him an injection of the COVID-19 vaccine without his consent or knowledge.  On November 14, 2022, defendant filed a motion to opt out of the post-screening ADR project.  Defendant's counsel states that he has reviewed plaintiff's claim, discussed it with his supervisor, and spoke with plaintiff on the telephone about the claim and the damages plaintiff seeks.  Counsel feels that the parties' positions are currently too far apart to engage in productive settlement negotiations.  This court finds good cause to grant defendant's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out (ECF No. 20) is granted and the stay of this action is lifted; and

////

////

1

2.  Within twenty-one days from the date of this order, defendant shall file a responsive pleading.

Dated:  November 15, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/unde0694.optout.post.waiver

2