UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERROL LOVELL UNDERWOOD, | No. 2:22-cv-0694 DB P |
| Plaintiff, | |
| v. | ORDER |
| ROBERT MAYES, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding with a civil rights action under 42 U.S.C. § 1983. In a document filed January 9, 2023, plaintiff states that he is willing to reconsider a settlement offer made by defendant. (ECF No. 24.) Plaintiff is advised that information regarding the parties' settlement discussions is considered confidential and should not be filed on the public docket. This court will order the Clerk to file plaintiff's January 9 filing under seal.

Plaintiff's January 9 filing indicates that he would like to engage in further settlement discussions. This court will order defendant to file a response to plaintiff's January 9 filing by informing the court whether he feels a settlement conference would be helpful at this time.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall file under seal the document entitled "MOTION Reconsidering Settlement Offer" (ECF No. 24).

////

1

2. Within twenty days of the filed date of this order, defendant shall file a statement informing the court whether he feels a settlement conference would be helpful at this time.

Dated: January 18, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/unde0694.sett info seal