1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ERROL LOVELL UNDERWOOD,              No.  2:22-cv-0694 DB P

12                 Plaintiff,

13         v.                             ORDER

14   ROBERT MAYES,

15                 Defendant.

16

17          Plaintiff is a state prisoner proceeding with a civil rights action under 42 U.S.C. § 1983.

18   On February 17, 2023, this court issued a Discovery and Scheduling Order ("DSO").  In that

19   order, the court set the following deadlines for discovery:  "The parties may conduct discovery

20   until July 14, 2023.  Any motions necessary to compel discovery shall be filed by that date.  All

21   requests for discovery pursuant to Federal Rules of Civil Procedure 31, 33, 34 or 36 shall be

22   served not later than sixty days prior to that date."  (ECF No. 28 at 6.)

23          On June 21, 2023, plaintiff filed and served on defendant interrogatories and requests for

24   admissions.  (See ECF No. 29 at 1.)  In the Discovery and Scheduling Order, the parties were

25   instructed not to file discovery requests with the court, unless they were required to do so by

26   Local Rule.  (ECF No. 28 at 5.)  Therefore, the Clerk of the Court returned the interrogatories and

27   requests for admissions to plaintiff.  In a letter dated July 6, 2023, defendant's counsel informed

28   plaintiff that because his discovery requests were untimely, defendant was not required to respond

1    to them.  (ECF No. 30-1 at 46.)  As defendant pointed out, the DSO required the parties to serve

2    any requests for discovery 60 days before the discovery deadline.  Therefore, all discovery must

3    have been served by May 15, 2023, well before plaintiff served his discovery on defendant.

4           Plaintiff now moves for an extension of the discovery deadline and, it appears, to compel

5    defendant to respond to discovery.  (ECF Nos. 29, 30.)  It is apparent from both plaintiff's and

6    defendant's filings that plaintiff misunderstood the deadline for serving requests for discovery.

7    Despite defendant's letter and an apparent discussion of the issue at plaintiff's deposition,

8    plaintiff insists that his discovery was timely because it was served prior to July 14.  Based on

9    plaintiff's pro se status, this court will grant plaintiff a one-time extension of the deadline for

10   serving discovery so that the interrogatories and requests for admissions that plaintiff served on

11   defendant on June 21 are considered timely.  Defendant shall have 45 days to respond to the

12   discovery.  This court will also extend the deadlines for filing any motions to compel and any

13   dispositive motions.

14          Accordingly, and good cause appearing, IT IS HEREBY ORDERED that:

15          1.  Plaintiff's motions to extend the deadline for discovery (ECF Nos. 29, 31) are granted

16   in part.  The deadline for service of discovery is extended from May 15 to June 21, 2023.

17          2.  Defendant shall have 45 days from the filed date of this order to provide plaintiff with

18   responses to the interrogatories and requests for admissions served on June 21, 2023.

19          3.  The deadline for filing motions to compel discovery is extended from July 14 to

20   October 31, 2023.

21          4.  The deadline for filing pretrial motions, except motions to compel discovery, is

22   extended from October 13 to December 29, 2023.

23          5.  In all other respects, the February 17, 2023 Discovery and Scheduling Order is

24   unchanged.

25   ////

26   ////

27   ////

28   ////

2

6.  To the extent plaintiff moves to compel defendant to respond to discovery, that motion is moot.

Dated:  August 23, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/unde0694.dso eot