IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERROL LOVELL UNDERWOOD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT MAYES,<br><br>　　　　　Defendant. | Case No. 2:22-cv-00694 DB P<br><br>ORDER |

　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  In a Discovery and Scheduling Order filed February 17, 2023, this court set deadlines of July 14, 2023 for completion of discovery and October 13, 2023 for filing dipositive motions.  In an order filed August 24, 2023, this court granted plaintiff's request to extend the discovery deadline to October 31.  The dispositive motion deadline was reset to December 29.

　　　Defendant now seeks a 45-day extension of the deadline to file dispositive motions. Defendant's counsel states that he is still in the process of completing his final investigation, collecting evidence, and drafting a motion for summary judgment.  Counsel states that collecting evidence has been delayed by the vacation schedules of some declarants.  Counsel states that these declarations will not be available until "January 2024."

Plaintiff has not responded to the motion but in a recent filing stated that he wishes all deadlines to remain in place. (See ECF No. 40.) This court finds defendant has shown good cause for some additional time based on holiday vacation schedules. However, defendant does not explain why he requires 45 days to complete the motion. He does not identify the dates in January that the declarants will become available nor does he explain just what he had accomplished prior to the December 29 deadline. This court finds a 30-day extension of time appropriate.

Accordingly, IT IS HEREBY ORDERED that defendant's motion for an extension of time (ECF No. 38) is granted in part. The dispositive motion deadline is extended through January 28, 2024.

Dated:  December 29, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/unde0694.dso eot(2)