UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERROL LOVELL UNDERWOOD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT MAYES,<br><br>　　　　Defendant. | No. 2:22-cv-0694 DAD DB<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. In a document filed here on February 29, 2024, plaintiff requests a 45-day extension of time to file a response to defendant's motion for summary judgment filed January 29, 2024. This court previously granted plaintiff a 21-day extension of time. (Feb. 26, 2024 Order, ECF No. 47.) However, it is clear that plaintiff did not receive the court's order prior to providing his current request to prison authorities for mailing.

In his current motion, plaintiff states that he has requested priority status to use the prison law library. However, prison lockdowns have delayed approval of that request and library access. Plaintiff has shown good cause for more than the twenty-one days previously granted to file an opposition to the summary judgment motion.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 48) is granted; and

2. On or before April 11, 2024, plaintiff shall file his opposition to defendant's summary judgment motion. Plaintiff is warned that no further extensions of time will be granted absent a showing of extraordinary circumstances.

Dated: March 5, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/unde0694.36res