UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERROL LOVELL UNDERWOOD,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT MAYES,<br><br>Defendant. | No. 2:22-cv-00694-DAD-DB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>(Doc. Nos. 42, 47) |

Plaintiff Errol Lovell Underwood, a state prisoner proceeding *pro se* and *in forma pauperis*, initiated this civil action on April 20, 2022. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 26, 2024, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for default judgment (Doc. No. 42) be denied because none of the grounds asserted by plaintiff in his motion "justify entry of default judgment in plaintiff's favor." (Doc. No. 47 at 2.) Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within thirty (30) days from the date of service. (*Id.* at 4–3.) To date, no objections have been filed, and the time in which to do so has now passed.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on February 26, 2024 (Doc. No. 47) are adopted in full;
2. Plaintiff's motion for default judgment (Doc. No. 42) is denied; and
3. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **April 24, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE