1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ERROL LOVELL UNDERWOOD,               No.  2:22-cv-0694 DAD DB P

12              Plaintiff,

13        v.                                ORDER

14    ROBERT MAYES,

15              Defendant.

16

17        Plaintiff, a state prisoner proceeding pro se, has requested an extension of time to file

18  objections to the court's June 24, 2024, findings and recommendations.  Plaintiff states that he

19  has limited library access due to prison lockdowns.

20        Good cause appearing, IT IS HEREBY ORDERED that:

21        1.  Plaintiff's motion for an extension of time (ECF No. 54) is granted; and

22        2.  Plaintiff is granted forty-five days from the date of this order in which to file objections

23  to the findings and recommendations (ECF No. 53).

24  Dated:  July 16, 2024

25

26

27                                          DEBORAH BARNES
                                            UNITED STATES MAGISTRATE JUDGE

28    DLB:9/DB prisoner inbox/civil rights/R/unde0694.36obj