## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**ERROL LOVELL UNDERWOOD,**

                                                **JUDGMENT IN A CIVIL CASE**

                                                CASE NO: **2:22–CV–00694–DAD–SCR**

        v.

**ROBERT MAYES, ET AL.,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 09/06/2024**

                                                **Keith Holland**
                                                Clerk of Court

ENTERED: **September 6, 2024**

                                    by: /s/ K. Lopez
                                                      Deputy Clerk